IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE L. FERGUSON and GEORGIA A. FERGUSON, | CIVIL DIVISION |
| Plaintiffs | No. |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant | |

**NOTICE OF REMOVAL**

NOW, comes the Defendant, USAA General Indemnity Company ("USAA GIC"), by and through its attorneys, Burns White LLC, and files this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq.* USAA GIC submits that the United States District Court for the Middle District of Pennsylvania has original diversity jurisdiction over this civil action and this matter may be removed to the District Court in accordance with the procedures provided at 28 U.S.C. § 1446. In further support of this Notice of Removal, USAA GIC states as follows:

1. Plaintiffs Dale L. Ferguson and Georgia A. Ferguson initiated this action by filing a Complaint in the Court of Common Pleas of Cumberland County on February 5, 2019. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Upon information and belief, the document attached as Exhibit "A" constitutes all of the pleadings, process, and orders which were filed in connection with the state court action.

3. Plaintiffs Dale L. Ferguson and Georgia A. Ferguson are adult individuals residing in Mechanicsburg, Pennsylvania.

4. Both at the time Plaintiffs initiated this action and at the time of this Removal, Plaintiffs were and are citizens of Pennsylvania.

5. USAA General Indemnity Company is not incorporated in Pennsylvania, nor does USAA General Indemnity Company have its principal place of business in Pennsylvania.

6. Rather, USAA General Indemnity Company is a Texas corporation with its principal place of business in Texas with an address of 9800 Fredericksburg Road, San Antonio, Texas 78288.

7. Both at the time Plaintiffs initiated this action and at the time of this Removal, USAA General Indemnity Company was and is a citizen of Texas.

8. Plaintiffs allege that they are entitled to underinsured motorist benefits pursuant to an automobile insurance policy that provided a total of $400,000 per person underinsured motorist benefits, subject to all of the terms and conditions of the policy.

9. Plaintiffs also allege that USAA GIC violated Pennsylvania's bad faith statute, 42 Pa. C.S.A. § 8371 and seek punitive damages, interest on the underinsured motorist claim, and attorney's fees.

10. Punitive damages are properly considered in determining the amount in controversy for the purpose of determining whether the jurisdictional amount has been satisfied. See Packard v. Provident Nat'l Bank, 994 F.2d 1039, 1046 (3d Cir. 1993).

11. As Plaintiffs allege that they are entitled to $400,000 in underinsured motorist benefits, as well as punitive damages, interest, and attorney's fees, the amount in controversy exceeds the jurisdictional requirement of $75,000.

12. Because Plaintiffs and USAA GIC are citizens of different states, and because the amount in controversy exceeds $75,000, the United States District Court for the Middle District of Pennsylvania has original jurisdiction over this matter. See 28 U.S.C. § 1332.

13. Section 1332 confers original jurisdiction over all civil matters where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

14. USAA GIC submits that this matter may be removed to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C.

§ 1441, which permits removal of any civil action to the district courts that have original jurisdiction.

WHEREFORE, Defendant removes this civil action to the United States District Court for the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

BURNS WHITE LLC

By: *[signature]*

Daniel J. Twilla (PA I.D. 93797)
E-mail: djtwilla@burnswhite.com
Kathleen P. Dapper (PA I.D. 315993)
E-mail: kpdapper@burnswhite.com
Burns White Center
48 26th Street
Pittsburgh, PA 15222
(412) 995-3286 – Direct
(412) 995-3300 – Fax
*Attorneys for Defendant*