IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALE L. FERGUSON and GEORGIA A. FERGUSON,** | : | Civil No. 1:19-cv-401 |
| **Plaintiffs,** | : | |
| v. | : | |
| **USAA GENERAL INDEMNITY COMPANY,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendant's motion to sever Plaintiffs' causes of action and stay discovery (Doc. 11) is **DENIED**;

(2) Plaintiffs' request that the court conduct an *in camera* review of Defendant's claims file is **DENIED**; and

(3) Defendant is **ORDERED** to provide an amended privilege log, in the manner described in the accompanying memorandum, to Plaintiffs within fourteen days of this order being entered.

> */s/ Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Date: December 5, 2019