IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE L. FERGUSON and<br>GEORGIA A. FERGUSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>USAA GENERAL INDEMNITY<br>COMPANY,<br><br>　　　　Defendant. | : Civil No. 1:19-cv-401<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Judge Sylvia H. Rambo |



## ORDER

On May 26, 2020, this court entered an order dismissing the case without prejudice, due to the parties engaging in binding arbitration, and advising "that the parties [had] until July 17, 2020, to re-open the case if it needs to be relitigated." (Doc. 22.) July 17, 2020, has passed without the parties reopening the case. As such, the court now **ORDERS** that this case is hereby **DISMISSED WITH PREJUDICE**. The clerk of court is hereby instructed to close this case in finality.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: 7/21/20